**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Katherine C. Bunker, Bar No. 240593
Trial Attorney for the United States Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017
Telephone: (213) 894-3326
Facsimile: (213) 894-0276
E-mail: jennifer.l.braun@usdoj.gov
         kate.bunker@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

**KRISTOPHER LEE VANOVER AND ANA RAQUEL VANOVER**,

Debtors.

Case No. 1:16-bk-11581-MT

Chapter 7

**APPLICATION FOR APPROVAL OF STIPULATION AND STIPULATION TO CONVERT CASE TO CHAPTER 13 PURSUANT TO 11 U.S.C. §§ 706(a) AND 707(b)(3)(B)**

[No Hearing Required]

The United States Trustee (the "U.S. Trustee"), by his undersigned counsel, and Kristopher Lee VanOver and Ana Raquel VanOver (the "Debtors"), by their undersigned counsel, (collectively, the "Parties"), do hereby stipulate and agree as follows.

**Recitals**

This stipulation, to convert the Debtors' case to chapter 13 is based on the Debtors' ability to repay a portion of their unsecured debt, is entered into with reference to the following facts:

1      A.     On May 27, 2016, the Debtors filed a petition for chapter 7 bankruptcy relief in the United States Bankruptcy Court for the Central District of California, assigned case number 1:16-bk-11581-MT.

B.     On that same day, the Debtors filed their Schedules I and J.

C.     On Schedule I, the Debtors list having net monthly income of $5,699.01.

D.     On Schedule J, the Debtors list $5,649.15 in monthly expenses, including $500.00 of miscellaneous college expenses (the "college expenses") and a $500.00 loan payment to family members (the "family loan"). When the Debtors' monthly expenses are subtracted from their net monthly income, they are left with $49.86 of monthly disposable income.

E.     After reviewing the Debtors' schedules, the U.S. Trustee requested that the Debtors provide proof of the college expenses and clarify whether the family loan related to a secured or general unsecured debt. The Debtors explained that the a portion of the college expenses related to payment of their older son's unsecured student loans and approximately $200.00 were for their younger son's current college expenses. They also stated that the family loan was related to a general unsecured debt. Because the family loan and portion of the college expenses relating to repayment of the Debtors' son's student loans relate to non-priority unsecured debts, the U.S. Trustee contends that these monthly expenses should not be given priority treatment and included as monthly expense items in determining whether the Debtors have monthly disposable income.

F.     When the family loan and portion of the college expenses relating to payment of the Debtor's son's student loans are eliminated from the expenses listed on Schedule J, the Debtors have monthly disposable income with which to repay creditors. Thus, the totality of the Debtor's circumstances show that the case is abusive under 11 U.S.C. § 707(b)(3)(B).

G.     Based on the fact that the Debtors have monthly disposable income from which they can repay a portion of their unsecured debt, the U.S. Trustee and the Debtors agree that conversion of their bankruptcy case to one under chapter 13 is appropriate.

H.     The Parties are entering into this stipulation freely and voluntarily.

2

1    I.    Therefore, the Parties respectfully request that this stipulation be approved and the accompanying Order be entered.

### Stipulation

The U.S. Trustee and Debtors hereby agree that this chapter 7 case be converted to a case under chapter 13 of the Bankruptcy Code pursuant to 11 U.S.C. §§ 706(a) and 707(b)(3)(B).

IT IS SO STIPULATED.

Dated:                                            Law Offices of Jennifer Leigh Jones

                                                  By: _____
                                                      Jennifer Leigh Jones, Counsel for
                                                      the Debtors

Dated: July 18, 2016                              United States Trustee

                                                  By:  /s/ Katherine C. Bunker
                                                       Katherine C. Bunker
                                                       Trial Attorney for the U.S. Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR APPROVAL OF STIPULATION AND STIPULATION TO CONVERT CASE TO CHAPTER 13 PURSUANT TO 11 U.S.C. §§ 706(a) AND 707(b)(3)(B)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/19/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **7/19/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/19/2016 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**
Katherine Bunker    kate.bunker@usdoj.gov
Jennifer L Jones    Jdgrad03@Yahoo.com, rowena@flatrocklegal.com
Diane Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com

**SERVED BY U.S. MAIL**
Kristopher Lee and Ana Raquel
Van Over 15015 Sherman Way, Apt. 110
Van Nuys, CA 91405

Jennifer L Jones
1243 S La Cienega Blvd Ste 8
Los Angeles, CA 90035-2556

Diane Weil
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436

U.S. Bankruptcy Court—San Fernando Valley Division
The Honorable Maureen Tighe
21041 Burbank Boulevard
Woodland Hills, California



Ad Astra Recovery Services Inc
7330 W 33rd St N #118
Wichita, KS 67205-9370

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase Card
P. O. Box 15123
Wilmington, DE 19850-5123

Citicards CBNA
P. O. Bo6497
Sioux Falls, SD 57117-6241

Comenity Bank/Womenwithin
P. O. Box 182789
Columbus, OH 43218-2789

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007-1912

Credit One Bank N.A.
P. O. Box 98875
Las Vegas, NV 89193-8875

ELOISA SMITH
2501 HURLEY AVE. APT 107
SACRAMENTO CA 95825-7355

Financial Credit Network
1300 W. Main Street
Visalia, CA 93291-5825

Fingerhut/Webbank
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

First National Bank
500 E. 60th Street North
Sioux Falls, SD 57104-0478

Home Depot
P. O. Box 6497
Sioux Falls, SD 57117-6497



Kay Jewelers
375 Ghent Road
Akron, OH 44333-4600

Kohls
N56 W. 17000 Ridgewood Drive
Menomonee Falls, WI 53051-7096



Lending Club Corp.
71 Stevenson
San Francisco, CA 94105-2985

Living Spaces
c/o P. O. Box 965036
Orlando, FL 32896-0001

MELANIE WAGNER
902 CHESNUT AVE
LONG BEACH CA 90813-4127

MR. & MRS. VANOVER
5550 HARCROSS DR
LOS ANGELES CA 90043-2142

Mrs. BPO LLC
1930 Olney Avenue
Cherry Hill, NJ 08003-2016

Prosper Marketplace Inc
101 2nd Street, Fl. 15
San Francisco, CA 94105-3672

QVC
P. O. Box 965018
Orlando, FL 32896-5018

Southern California Edison
8631 Rush Street
Rosemead, CA 91770-3738

Southern California Gas Company
P. O. Box C
Monterey Park, CA 91756-0001

Speedy Cash / Rapid Cash
P.O. Box #780408
Wichita, KS 67278-0408

Target Credit Card
P. O. Box 673
Minneapolis, MN 55440-0673

Time Warner
P. O. Box 101366
Pasadena, CA 91189-0017

USAA Savings Bank
P. O. Box 47504
San Antonio, TX 78265-7504

Capital One Bank
15000 Capital One Drive
Henrico, VA 23238