| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jennifer Leigh Jones<br>1243 S. La Cienega Blvd. #8<br>Los Angeles, CA 90035<br>Telephone: (619) 913-9818<br><br>California State Bar Number: 256867<br>jdgrad03@yahoo.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* DEBTORS | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CASE NO.: 1:16-11581-MT |
|---|---|
| | CHAPTER 13 |
| Kristopher Lee VanOver<br>Ana Raquel VanOver | **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** |
| Debtor(s) | [No Hearing Required] |

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☐ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   **OR**

   ☒ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter __7__ and was converted to a case under chapter 13 on __7/26/2016__.

2. ☒ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   **OR**

   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

   Filing Date: _____
   Movant: _____
   Personal or Real Property: _____
   _____

   Status:   ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied
   *(Please attach additional pages if needed.)*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                       Page 1                          F 3015-1.18.DEBTOR.MOTION.DISMISS

3. ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   OR

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

   _____
   _____

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
   **Debtors have elected to dismiss the bankruptcy case because they are not going to be able to make and keep up with a chapter 13 plan payment for 5 years. Debtor's indicated that they will be setting themselves up for failure.**

   *(Please attach additional pages if needed.)*

   Date: **September 1, 2016**        _____
                                       Attorney for Debtor(s)

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Date: **September 1, 2016**        _____
                                       Debtor

   Date: **September 1, 2016**        _____
                                       Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2                F 3015-1.18.DEBTOR.MOTION.DISMISS

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1243 S. La Cienega Blvd. #8, Los Angeles, CA 90035**

A true and correct copy of the foregoing document entitled (*specify*): __**DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**September 1, 2016**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth (SV) F Rojas (TR):  cacb_ecf_sv@ch13wla.com
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov
Katherine Bunker: kate.bunker@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On __**September 1, 2016**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ana Raquel VanOver, 15015 Sherman Way, Apt. 110, Van Nuys, CA 91405

Kristopher Lee VanOver, 15015 Sherman Way, Apt. 110, Van Nuys, CA 91405

Honorable Maureen Tighe, United States Bankruptcy Court, Central District of California, 21041 Burbank Boulevard Ste 324/Ctrm 302, Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| September 1, 2016 | R. E. Davis | *(signed)* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 3015-1.18.DEBTOR.MOTION.DISMISS

Ad Astra Recovery Services Inc
7330 W 33rd St N #118
Wichita, KS 67205


Capital One Bank
15000 Capital One Drive
Henrico, VA 23238


Chase Card
P. O. Box 15123
Wilmington, DE 19850


Citicards CBNA
P. O. Bo6497
Sioux Falls, SD 57117-6241


Comenity Bank/Women within
P. O. Box 182789
Columbus, OH 43218


Credit Management LP
4200 International Pkwy
Carrollton, TX 75007


Credit One Bank N.A.
P. O. Box 98875
Las Vegas, NV 89193


Eloisa Smith
2501 Hurley Ave., Apt. 107
Sacarmenot, CA 95825-7355


Employment Development Dept.
Bankruptcy Group NIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


Financial Credit Network
1300 W. Main Street
Visalia, CA 93291


Fingerhut/Webbank
6250 Ridgewood Road
Saint Cloud, MN 56303


First National Bank
500 E. 60th Street North
Sioux Falls, SD 57104


Home Depot
P. O. Box 6497
Sioux Falls, SD 57112

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    F 3015-1.18.DEBTOR.MOTION.DISMISS

**Kay Jewelers**
**375 Ghent Road**
**Akron, OH 44333**


**Kohls**
**N56 W. 17000 Ridgewood Drive**
**Menomonee Falls, WI 53051**


**Lending Club Corp.**
**71 Stevenson**
**San Francisco, CA 94105**


**Living Spaces**
**c/o P. O. Box 965036**
**Orlando, FL 32896**


**Mass Markets Credit & Collections**
**The Gas Company**
**P. O. Box 30337**
**Los Angeles, CA 90030-0337**


**Melanie Wagner**
**902 Chestnut Avenue**
**Long Beach, CA 90813-4127**


**Mrs. BPO LLC**
**1930 Olney Avenue**
**Cherry Hill, NJ 08003**


**Mr. & Mrs. VanOver**
**5550 Harcross Drive**
**Los Angeles, CA 90043-2142**


National Collegiate Student Loan Trust 2005
Transworld Systems, Inc.
P. O. Box 4275
Norcross, GA 30091-4275


National Collegiate Student Loan Trust 2006
Transworld Systems, Inc.
P. O. Box 4275
Norcross, GA 30091-4275


Prosper Marketplace Inc
101 2nd Street, Fl. 15
San Francisco, CA 94105


QVC
P. O. Box 965018
Orlando, FL 32896

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 5 — F 3015-1.18.DEBTOR.MOTION.DISMISS

San Fernando Valley Divsiion
21041 Burbank Blvd
Woodland Hills, CA 91367-6606


Southern California Edison
8631 Rush Street
Rosemead, CA 91770-3738


Southern California Gas Company
P. O. Box C
Monterey Park, CA 91756


Speedy Cash / Rapid Cash
P.O. Box #780408
Wichita, KS 67278


Target Credit Card
P. O. Box 673
Minneapolis, MN 55440


Time Warner
P. O. Box 101366
Pasadena, CA 91189


USAA Savings Bank
P. O. Box 47504
San Antonio, TX 78265

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 6      F 3015-1.18.DEBTOR.MOTION.DISMISS